**No. 62472.**—Ellis Silver Co.. Inc. *v.* United States, protests 169489–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036. the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 25, 1958

**No. 62473.**—United China & Glass Company *v.* United States, protests 58/2232. 58/2239, and 58/2242 (San Francisco).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorated earthenware trays for condiment sets and that if said articles were now before the examiner for examination he would classify them as claimed, the protests were sustained.

**No. 62474.**—De Luca Importing Co., Inc., *v.* United States, protest 58/346 (Los Angeles).

Opinion by JOHNSON, J.   It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protest was sustained to this extent.

**No. 62475.**—Ciba Pharmaceutical Products, Inc. *v.* United States, protest 319141–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the entry was erroneously liquidated using a weight of 2,215 pounds and that the correct weight upon which the entry should be liquidated was the entered weight of 2,204 pounds, the protest was sustained, and the collector was directed to reliquidate the entry accordingly.